

DEMOCRATIC NATIONAL COMMITTEE

August 28, 2007

Karen Thurman, State Chair
Florida Democratic Party
214 South Bronough Street
Tallahassee, FL 32301

Dear Chair Thurman:

As you know, at its meeting on August 25, 2007 in Washington, DC, the DNC Rules and Bylaws Committee (RBC) considered Florida's 2008 Delegate Selection Plan.

Pursuant to Regulation 2.6. of the *Regulations of the Rules and Bylaws Committee*, the RBC voted to find the Plan in "Non-Compliance." This finding means the Plan is deficient in some material respect and does not meet the requirements of the Rules, the Call and the Regulations.

The material deficiency in Florida's Plan is the date of its first determining step. As indicated in the Plan, the Florida Democratic Party is intending to use the results of the January 29, 2008 state-run presidential preference primary to allocate delegate and alternate positions among presidential candidates. The date of this primary violates Rule 11.A. of the *2008 Delegate Selection Rules* as adopted by the full DNC in August 2006.

As part of this finding of Non-Compliance and violation of timing the Florida Democratic Party is subject to the automatic sanctions and delegate reductions of Rule 20.C.1.(a). Additionally, as part of its finding of Non-Compliance, pursuant to Rule 20.C.5. and Rule 20.C.6, the Committee voted to increase the delegate reduction equal to a 100% reduction of all pledged and unpledged delegates allocated to Florida.

In order to bring Florida's 2008 Delegate Selection Plan into compliance, the Florida Democratic Party will need to submit a Plan with a first determining step on or after February 5, 2008. In accordance with Regulation 2.7.C, the State Party has a period of 30 days after the date of its receipt of this letter to make the changes and submit a revised Delegate Selection Plan to the RBC. Following the submission of a new Plan, we will notify you of the Committee's next steps. In the event that at the conclusion of the 30-day time period the Florida Democratic Party has failed to submit a Delegate Selection Plan that complies with Rule 11.A. the delegate reductions described above will become effective.

**Democratic Party Headquarters** ■ 430 South Capitol Street, SE ■ Washington, DC, 20003 ■ (202) 863-8000 ■ Fax (202) 863-8174
*Contributions to the Democratic National Committee are not tax deductible.*

Paid for by the Democratic National Committee, www.democrats.org.
Not authorized by any candidate or candidate's committee.

Thurman
August 28, 2007
Page 2

We remain committed to working with you to design a delegate selection process for Florida that complies with the Rules as has been accomplished by all the other states that have abided by the window period of February 5 – June 10, 2008. Should you have any questions about Committee's actions or the process, please contact us, or Philip McNamara, Director of Party Affairs and Delegate Selection, at 202-479-5131.

Sincerely,

Alexis Herman
Co-Chair
Rules and Bylaws Committee

James Roosevelt, Jr.
Co-Chair
Rules and Bylaws Committee

Cc: Florida Democratic National Committee Members
Campaign Managers, 2008 Democratic Presidential Candidates