**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

VICTOR DIMAIO,

    Plaintiff,

v.                                              CASE: 8:07-cv-1552-T-26MAP

DEMOCRATIC NATIONAL
COMMITTEE & FLORIDA
DEMOCRATIC PARTY,

    Defendants,
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Victor DiMaio, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from an Order of the United States District Court, entered in this action on 5th day of October, 2007.

                                            Respectfully submitted,

                                            <u>s/ Michael Steinberg</u>
                                            Michael Steinberg, Esquire
                                            Florida Bar No. 340065
                                            Attorney for Plaintiff
                                            1000 N. Ashley Drive, Suite 520
                                            Tampa, Florida 33602
                                            (813) 221-1300
                                            (813) 221-1702 fax
                                            frosty28@aol.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I will send a copy of the notice to the following: Democratic National Committee, c/o Howard Dean, Chairman, 430, S. Capitol Street, SE, Washington, DC 20003 and Florida Democratic Party, c/o Karen Thurman, Chairperson, 214 South Bronough Street, Tallahassee, FL 32301, by U.S. Mail.

                                  s/ Michael Steinberg
                                  Michael Steinberg, Esquire
                                  Florida Bar No. 340065
                                  Attorney for Plaintiff
                                  1000 N. Ashley Drive, Suite 520
                                  Tampa, Florida 33602
                                  (813) 221-1300
                                  (813) 221-1702 fax
                                  frosty28@aol.com