**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 336023800
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch                       Alycia Marshall
Clerk                       Court Operations Supervisor
                     Vickie Downing
                     Court Services Supervisor

November 28, 2007

**VICTOR DIMAIO,**

                     **Plaintiff,**

**-vs-**                         **Case No.  8:07-cv-1552-T-26MAP**

**DEMOCRATIC NAT'L COMMITTEE and FLORIDA DEMOCRATIC PARTY,**

                     **Defendant.**

_____

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**

     **U.S.C.A. Case Number:**      **07-14816-BB**

Pursuant to Federal Rules of Appellate Procedure 11©), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

       Complete Record on Appeal:

           •     1     Volume(s) of Pleadings

                     SHERYL L. LOESCH, CLERK

                     By:    J. Grayson, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 336023800
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch                                                                                        Alycia Marshall
Clerk                                                                                           Court Operations Supervisor
                                                                                                        Vickie Downing
                                                                                              Court Services Supervisor

November 28, 2007

**VICTOR DIMAIO,**

               **Plaintiff,**

**-vs-**                                                                          Case No.  8:07-cv-1552-T-26MAP

**DEMOCRATIC NAT'L COMMITTEE and**
**FLORIDA DEMOCRATIC PARTY,**

               **Defendant.**

---

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**

    **U.S.C.A. Case Number:**     07-14816-BB

Pursuant to Federal Rules of Appellate Procedure 11©), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

    Complete Record on Appeal:

- 1     Volume(s) of Pleadings

                                      SHERYL L. LOESCH, CLERK

                                      By:     J. Grayson, Deputy Clerk